# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# AT PIKEVILLE

**CIVIL ACTION NO. 19-99-DLB**

**M.L. JOHNSON FAMILY PROPERTIES, LLC**                    **PLAINTIFF**

**v.**                                   **<u>JUDGMENT</u>**

**DAVID BERNHARDT, Secretary of the Interior**            **DEFENDANT**

* * * * * * * * * * * * * *

Pursuant to the Memorandum Opinion and Order filed concurrently herewith, and pursuant to Rule 54, and the Court being otherwise sufficiently advised,

**IT IS ORDERED and ADJUDGED** as follows:

(1)     Judgment is hereby **ENTERED** in the Defendant's favor and Plaintiff's claims are hereby **DISMISSED with PREJUDICE**;

(2)     This matter is hereby **STRICKEN** from the Court's active docket; and

(3)     This is a **FINAL and APPEALABLE** order.

This 20th day of January, 2021.



Signed By:
*David L. Bunning*
United States District Judge

J:\DATA\ORDERS\PikeCivil\2019\19-99 Judgment.docx